UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMPIRE CORVETTE OF AMERICA, INC.,        CASE NUMBER: 6:18-cv-26-ORL
a New York Corporation,
       Plaintiff,

vs.

JUST TOYS CLASSIC CARS, LLC,
a Florida Limited Liability Company,
    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

___X___ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on DAVID S. COHEN, ESQUIRE, Primary E-Mail: david@dscohenlaw.com and Secondary E-Mail: admin@dscohenlaw.com.

/s/ Michael M. Kest
MICHAEL M. KEST, ESQUIRE
Florida Bar No. 27994
KEST LAW, PLLC
1150 Louisiana Avenue, Suite 4
Winter Park, Florida 32789
Telephone: (407) 490-2889
E-Mail: Michael@KestLaw.com
*Attorney for Defendant*