UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMPIRE CORVETTE OF AMERICA, INC.,   CASE NUMBER: 6:18-cv-26-ORL
a New York Corporation,
      Plaintiff,

vs.

JUST TOYS CLASSIC CARS, LLC,
a Florida Limited Liability Company,
      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's interested persons order:

1.)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

      Lee N. Bernbaum, Esquire
      David S. Cohen, Esquire
      Empire Corvette of America, Inc.
      Just Toys Classic Cars, LLC
      Michael M. Kest, Esquire
      Brett Mulzer
      Ryan David Payne
      J.R. Smith
      Michael Smith

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      N/A

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      N/A

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Empire Corvette of America, Inc.
    Ryan David Payne

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on DAVID S. COHEN, ESQUIRE, Primary E-Mail: david@dscohenlaw.com and Secondary E-Mail: admin@dscohenlaw.com.

/s/ Michael M. Kest
MICHAEL M. KEST, ESQUIRE
Florida Bar No. 27994
KEST LAW, PLLC
1150 Louisiana Avenue, Suite 4
Winter Park, Florida 32789
Telephone: (407) 490-2889
E-Mail: Michael@KestLaw.com
*Attorney for Defendant*