**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EMPIRE CORVETTE OF AMERICA, INC.,**

      Plaintiff,

v.                                    Case No:   6:18-cv-26-Orl-22DCI

**JUST TOYS CLASSIC CARS, LLC,**

      Defendant.

**ORDER**

On April 12, 2018 this Court entered its Case Management and Scheduling Order designating David S. Cohen as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of the date of this Order advising of the date." (Doc. 21).   Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1.     No later than May 21, 2018, Mr. Cohen shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2018.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

- 2 -

Counsel of Record