UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMPIRE CORVETTE OF AMERICA, INC.,     CASE NUMBER: 6:18-cv-26-Orl-22DCI

        Plaintiff,

vs.

JUST TOYS CLASSIC CARS, LLC,

        Defendant.
_____/

## NOTICE OF SCHEDULING MEDIATION

COMES NOW the Plaintiff, EMPIRE CORVETTE OF AMERICA, INC., by and through its undersigned counsel, and gives Notice to the Court that a mediation conference has been coordinated between the parties and is currently scheduled to take place on **July 12, 2018** commencing at 1:00 p.m.   The Mediator will be Richard Joyce, Esquire and the proceeding will take place at the Law Offices of David S. Cohen, LC, 5728 Major Boulevard, Suite 550, Orlando, FL 32819.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a copy electronically to Michael Kest, Esquire, Michael Kest, Esquire, 1150 Louisiana Avenue, Suite 4, Winter Park, FL 32789.

LAW OFFICES OF DAVID S. COHEN, LC

 s/ David S. Cohen
David S. Cohen, Esquire
Florida Bar No. 0970638
5728 Major Blvd., Suite 550
Orlando, Florida 32819
(407) 354-3420 telephone
(407) 354-3840 facsimile
david@dscohenlaw.com (primary)
admin@dscohenlaw.com (secondary)