UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMPIRE CORVETTE OF AMERICA, INC.,     CASE NUMBER: 6:18-cv-26-Orl-22DCI

    Plaintiff,

vs.

JUST TOYS CLASSIC CARS, LLC,

    Defendant.
_____/

**JOINT MOTION FOR ENLARGEMENT OF DEADLINES FOR MEDIATION, DISCOVERY, AND DISPOSITIVE MOTIONS**

Plaintiff, EMPIRE CORVETTE OF AMERICA, INC., and Defendant, JUST TOYS CLASSIC CARS, LLC, by and through their respective undersigned counsel, jointly move for an enlargement of the deadlines for mediation, discovery, and dispositive motions, and as grounds state:

1. On April 12, 2018, this Court issued a Case Management and Scheduling Order (Document No. 21).

2. Pursuant to such Scheduling Order, this Court set the following deadlines: a discovery deadline of July 6, 2018; a mediation deadline of July 13, 2018; and, a dispositive motion deadline of August 6, 2018[1].

3. The parties have been diligently attempting to coordinate the mediation and any and all depositions within such deadlines. However, due to the work and summer vacation schedules of various necessary mediation participants and of certain deponents, the parties were unable to do so.

---

[1]The parties recognize that this deadline is for dispositive, Daubert, and Markman motions, but do not anticipate any Daubert or Markman motions being filed in this matter.

1

4. As to the mediation, the parties have (pending Court approval of the requested extension), coordinated a mediation with the agreed to and Court ordered mediator Richard Joyce, for July 23, 2018. Therefore, the parties are only seeking a ten (10) day extension of the mediation deadline up to and including July 23, 2018.

5. As to the depositions, the parties are requesting an approximate thirty (30) day extension of up to and including August 7, 2018.

6. Because of the requested discovery extension sought, the parties are also requesting a corresponding thirty day extension of the dispositive motion deadline of up to and including September 6, 2018.

7. If this Court grants this Motion, such enlargements of time would not cause any delay of the trial, which is set for the trial period beginning on January 2, 2019, or of any other Court imposed dates or deadlines.

8. Pursuant to Rule 6(b)(1)(A), Fed. R. Civ. Pro., when an act must be done within a specified time, the Court may, upon good cause shown, extend the time, if a request is made before the original time or its extension expires.

WHEREFORE, Plaintiff, EMPIRE CORVETTE OF AMERICA, INC., and Defendant, JUST TOYS CLASSIC CARS, LLC, respectfully request that this Honorable Court grant this joint motion and allow for enlargement of the deadlines as requested herein.

Dated this 3rd day of July, 2018.

| /s/ David S. Cohen | s/ Michael Kest |
|---|---|
| David S. Cohen, Esquire | Michael Kest, Esq. |
| Florida Bar No.: 0970638 | Florida Bar No. 27994 |
| Law Offices of David S. Cohen, LC | Kest Law, LLC |
| 5728 Major Boulevard, Suite 550 | 1150 Louisiana Avenue, Suite 4 |
| Orlando, Florida 32819 | Winter Park, Florida 32789 |
| Phone: (407) 354-3420 | Telephone: (407) 490-2889 |
| Fax: (407) 354-3840 | Email: Michael@KestLaw.com |
| david@dscohenlaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a copy electronically to Michael Kest, Esquire, Michael Kest, Esquire, 1150 Louisiana Avenue, Suite 4, Winter Park, FL 32789.

LAW OFFICES OF DAVID S. COHEN, LC

_s/ David S. Cohen_____
David S. Cohen, Esquire
Florida Bar No. 0970638
5728 Major Blvd., Suite 550
Orlando, Florida 32819
(407) 354-3420 telephone
(407) 354-3840 facsimile
david@dscohenlaw.com (primary)
admin@dscohenlaw.com (secondary)