# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EMPIRE CORVETTE OF AMERICA, INC.,**

        **Plaintiff,**

v.                                           Case No:   6:18-cv-26-Orl-22DCI

**JUST TOYS CLASSIC CARS, LLC,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Motion to Reopen Case and Motion for Final Judgment after Default (Doc. No. 34) filed October 3, 2018. Defendant has not filed any opposition. Local Rule 3.01(b).

Based on the foregoing, it is ordered as follows:

1. The Motion to Reopen Case and Motion for Final Judgment after Default (Doc. No. 34) are GRANTED.

2. The Clerk is directed to REOPEN the file.

3. The Clerk is directed to enter a Judgment in favor of Empire Corvette of America, Inc., and against Just Toys Classic Cars, LLC, in the amount of $162,000.00, for which let execution issue.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 23, 2018.

_____
ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record